ACCEPTED
01-14-00262-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 10:52:01 AM
CHRISTOPHER PRINE
CLERK

*No. 01-14-00262-CV*

*In the Court of Appeals*
*for the*
*First Court of Appeals District of Texas*
*Sitting at Houston, Texas*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/23/2015 10:52:01 AM

CHRISTOPHER A. PRINE
Clerk

*Guamnetta M. Briggs*

*vs.*

*Bank of America and Federal National Mortgage Association*

*Appealed from the 131st District Court*
*of Bexar County, Texas*
*The Honorable John D. Gabriel, Jr.*

*Motion to Dismiss for Want of Jurisdiction*

1. On January 8, 2015 the Clerk of the Court signed correspondence to the parties stating that unless appellant files a response demonstrating by citation to the law that this Court has jurisdiction of the appeal, this appeal will be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

2. Appellant's response was due no later than 5:00 p.m., January 28, 2015.

3. Almost two full months have passed and no response has been filed.

4. Appellee respectfully requests that the Court dismiss this appeal for want of jurisdiction, as it is in fact in interlocutory appeal.

**Motion to Dismiss**  **Page 1**
BDFTE No. 20100031406298

*Respectfully submitted,*

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**


/s/Coury M. Jacocks_____
Coury M. Jacocks
State Bar No. 24014306
15000 Surveyor Boulevard, Suite 100
Addison, TX 75001
couryj@bdfgroup.com
972-340-7961
972-341-0734 (Fax)

ATTORNEY FOR APPELLEES
BANK OF AMERICA, N.A. AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

## CERTIFICATE OF SERVICE

On this 20th day of March, 2015 a true and correct copy of the foregoing was served upon Pro Se Appellants in accordance with the provision of the Texas Rules of Appellate Procedure as follows

**VIA CM RRR# 7196 9008 9115 0312 1782**
**AND U.S. FIRST CLASS MAIL**
Guamnetta M. Briggs
1927 North Pan Am Expressway
San Antonio, Texas 78237


/s/Coury M. Jacocks_____
Coury M. Jacocks